# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NUMBER: **13-17411** |
| **RODGER W. DUNN** ) | Chapter 7 Proceeding |
| ) | |
| Debtor(s) ) | Judge: **PAT E. MORGENSTERN-CLARREN** |
| ) | |

## Motion for Order on Debtor to Turnover Property

Now comes Virgil E. Brown, Jr, Trustee in the above mentioned case and hereby moves this Honorable Court for an Order upon the Debtor, *RODGER W. DUNN* to Turnover to him certain property or the value thereof and respectfully represents to the Court as follows:

I. That he is the duly appointed Trustee in the above-captioned proceedings, which were commenced by the filing on 10/21/13 of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

II. That at all times relevant to these proceedings, the Debtor(s), RODGER W. DUNN was owner of the following items of property: a 2008 Nissan Sentra and a preference payment due from Debtor's Father

III. That the asset(s) described above is/are property of the within Estate as defined in Section 541 of the Bankruptcy Code.

IV. That said asset(s) should be turned over to the Trustee.

V. Wherefore your Trustee prays for an Order directing the Debtor(s) RODGER W. DUNN to turnover a 2008 Nissan Sentra and a preference payment due from Debtor's Father to Virgil E. Brown, Jr., at 2136 Noble Road, Cleveland, Ohio within 15 days of the court's order.

Respectfully submitted,

/s/ Virgil Brown
Virgil Brown Jr. (0003675)
Attorney for Trustee
2136 Noble Road
Cleveland, Ohio 44112
(216) 851-3304
(216)851-2900 Fax
virgil@vebtrustee.com
C:\TCMSWIN\WORD\MOTIONTURNOVER.DOC

Page 1 of 4

## NOTICE OF HEARING

Please take notice that the foregoing Motion will be on for hearing February 27, 2014 at **8:30 am in Courtroom 2A**, in the United States Bankruptcy Court lactated at 201 Superior Ave., Cleveland, Ohio 44114.

The above hearing is scheduled to consider the Motion and any written objection which is filed and served no later than seven (7) calendar days preceding the date scheduled for such hearing. If no objection are filed and served within such time, the Motion may be granted without hearing. The Court from time to time without further notice may adjourn the hearing.

## CERTIFICATE OF SERVICE

I certify that on January 28, 2014, a true and correct copy of the Motion for Order on

Debtor to Turn over Property was served:

Via the court's Electronic Case Filling System on these entities and individuals who are

listed on the court's Electronic Mail Notice List:

ROBERT J. BERK at bobberk@aol.com on behalf of client RODGER W. DUNN
U.S. Trustee Registered address@usdoj.gov

And by regular U. S. Mail postage prepaid to the following and all parties in interest on the attached service list this January 28, 2014

**Debtor:**
RODGER W. DUNN
1438 GOLDEN GATE BLVD, A-205
MAYFIELD HTS., OH 44124

　　　　　　　　　　　　　　　　　　　　　　/s/ Virgil Brown
　　　　　　　　　　　　　　　　　　　　　　Virgil Brown 0003675
　　　　　　　　　　　　　　　　　　　　　　2136 Noble Road
　　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44112
　　　　　　　　　　　　　　　　　　　　　　216-851-3304
　　　　　　　　　　　　　　　　　　　　　　virgil@vebtrustee.com